☒ **New Matter**

☐ **Amendment Relating to a Pending Matter**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

| | | |
|---|---|---|
| _____ §<br><br>IN RE: FRESENIUS §<br>GRANUFLO/NATURALYTE DIALYSATE §<br>PRODUCTS LIABILITY LITIGATION §<br>§<br>This Document Relates to: §<br>§<br>Stephanie Payne, individually and as §<br>Administrator of the Estate Of §<br>Patricia Batts §<br>_____ § | | **MDL NO. 1:13-MD-2428-DPW**<br><br>**SHORT-FORM COMPLAINT**<br>**AND DEMAND FOR JURY**<br>**TRIAL** |

The Plaintiff(s) named below file this *Short-Form Complaint* against the Defendants named below and incorporate *The Master Complaint and Jury Demand* filed in MDL No. 2428 by reference. Plaintiff selects and indicates by checking-off where requested, those products, Parties and claims that are specific to his or her case. Plaintiffs (s) further allege as follows:

1.    Plaintiff: Estate of Patricia Batts

2.    Plaintiff's Spouse (*if applicable*)  N/A

3.    Other Plaintiff and capacity, if applicable (*i.e.,* administrator, executor, guardian, conservator, etc.)  Stephanie Payne, Individually and as Administrator of the Estate of Patricia Batts.

4.    State of Residence: Washington, DC

5a.    ☒    By checking here, I choose Massachusetts as the "home" forum.

5b.    If you did not chose Massachusetts as the "home" forum, identify the United States District Court and Division in which venue would be proper absent direct filing_____

6.    Defendant(s)

☒    FRESENIUS MEDICAL CARE HOLDINGS, INC.

☒    FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA

☒    FRESENIUS USA, INC.

☒    FRESENIUS USA MANUFACTURING, INC.

☒    FRESENIUS USA MARKETING, INC.

☒    FRESENIUS USA SALES, INC.

☒    FRESENIUS MEDICAL CARE AG & CO. KGaA.

☒    FRESENIUS MEDICAL CARE MANAGEMENT AG.

☒    FRESENIUS SE & CO. KGaA.

☒    FRESENIUS MANAGEMENT SE.

☐    Other _____

7.    Basis of Jurisdiction

    ☒    Diversity of Citizenship

    ☐    Other: _____

Other allegations of jurisdiction and venue:

_____
_____
_____
_____

8.    On or about  May 29, 2009 Plaintiff had the following injury: sudden cardiac arrest which is alleged to have been caused by Defendants NaturaLyte and/or GranuFlo administered to Plaintiff for dialysis treatment at Renal Advantage, 5652 Silver Hill Road, District Heights, MD 20747.

9.    The following claims asserted in *The Master Complaint and Jury Demand*, and the allegations with regard thereto, are herein adopted by reference:

    ☒    Count I –    STRICT LIABILITY

    ☒    Count II –    NEGLIGENT FAILURE TO WARN

    ☒    Count III –    NEGLIGENT DESIGN

    ☒    Count IV –    NEGLIGENCE

☒     Count V –       NEGLIGENT MISREPRESENTATION

☒     Count VI –      BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

☒     Count VII –     BREACH OF IMPLIED WARRANTY OF FITNESS FOR PARTICULAR PURPOSE

☒     Count VIII –    BREACH OF EXPRESS WARRANTY

☒     Count IX –      FRAUD

☒     Count X –       VIOLATION OF CONSUMER PROTECTION LAWS

☒     Count XI –      LOSS OF CONSORTIUM

☒     Count XII –     WRONGFUL DEATH

☒     Count XIII –    SURVIVAL ACTION

☐     Other Count(s) (*See* FN 1)

---

10.     Plaintiff asserts the following additional theories against the Defendants identified in Paragraph 6 above (*See* FN 1):

|  |
| --- |
|  |
|  |
|  |

11.     Plaintiff asserts the following additional theories against Defendants <u>other than</u> those identified in Paragraph 6 above (*See* FN 1):

|  |
| --- |
|  |
|  |
|  |
|  |

**WHEREFORE**, Plaintiffs pray for relief as set forth in *The Master Complaint and Jury*

*Demand* filed in MDL No. 2428.

DATED June 10, 2014                              RESPECTFULLY SUBMITTED,


/s/   Timothy S. Peck
THE MILLER FIRM, LLC
Michael J. Miller, VA Bar No. 19171
Timothy S. Peck,, VA Bar No. 75293
108 Railroad Avenue
Orange, VA 22960
Ph. (540) 672-4224
Fax (540) 672-3055

*Attorneys for the Plaintiffs*